# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-3483

_____

In re: Wilma M. Pennington-Thurman

*Debtor*

------------------------------

Wilma M. Pennington-Thurman

*Appellant*

v.

Bank of America N.A.

*Appellee*

_____

Appeal from the United States Bankruptcy
Appellate Panel for the Eighth Circuit

_____

Submitted: May 21, 2014
Filed: June 5, 2014
[Unpublished]

_____

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Wilma Pennington-Thurman appeals the decision of the Bankruptcy Appellate Panel ("B.A.P.") affirming the bankruptcy court order denying her post-discharge motion to reopen her bankruptcy case. We agree with the B.A.P. that the bankruptcy court did not abuse its discretion in denying the motion to reopen because a bankruptcy discharge "does not operate to extinguish a creditor's in rem rights to foreclose against property in which it holds a lien," and Bank of America's notices to Pennington-Thurman stated that they were not an attempt to collect against the discharged debtor personally. See In re Apex Oil Co., Inc., 406 F.3d 538, 542 (8th Cir. 2005) (standard of review). Like the B.A.P., we decline to consider issues first raised by Pennington-Thurman on appeal concerning possible claims unrelated to the closed bankruptcy case.

The judgment of the B.A.P. is affirmed. See 8th Cir. R. 47B.

_____